**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| KHOREN NERSSESSIAN, | ) Case No. 5:26-cv-00636-DTB |
| Petitioner, | ) **J U D G M E N T** |
| v. | ) |
| KRISTI NOEM, Secretary of Homeland Security, et al., | ) |
| Respondents. | ) |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus filed herewith,

IT IS ADJUDGED that Petitioner be immediately released from custody on his previous conditions of supervision; and (a) Respondents and his officers, agents, employees, attorneys and persons acting on his behalf in concert or in participation with him are enjoined from: (i) Re-detaining Petitioner without notice and a pre-detention hearing before a neutral arbiter at which the government bears the burden of proving that Petitioner is a flight risk or danger to the community either because Petitioner has violated a term of his release or because his deportation to Iran is imminent and the necessary documents from the Republic of Iran have issued and are in the possession of ICE; and (ii) from removing Petitioner to any country other

1

than Iran without appropriate notice and an opportunity to be heard in accordance with the applicable ICE regulations.

DATED: ___April 16, 2026_____   _____

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

2